<pre>
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF NEW YORK
 2

 3     - - - - - - - - - - - -    X

 4   UNITED STATES OF AMERICA,     :    15-CR-252(RJD)

 5           Plaintiff ,           :
                                        United States Courthouse
 6        -against-               :    Brooklyn, New York

 7   AARON DAVIDSON,               :
                                        July 17, 2015
 8           Defendant.            :    12:30 o'clock p.m.

 9     - - - - - - - - - - - -    X

10

11              TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE RAYMOND J. DEARIE
12               UNITED STATES DISTRICT JUDGE.

13   APPEARANCES:

14   For the Government:          KELLY T. CURRIE
                                  United States Attorney
15                                BY: EVAN NORRIS
                                      DARREN LaVERNE
16                                    AMANDA HECTOR
                                      KEITH EDELMAN
17                                Assistant United States Attorneys
                                  271 Cadman Plaza East
18                                Brooklyn, New York

19

20   For the Defendant:          LEE D. VARTAN, ESQ.

21                                JENNY R. KRAMER, ESQ.

22   Court Reporter:             Charleane M. Heading
                                  225 Cadman Plaza East
23                                Brooklyn, New York
                                  (718) 613-2643
24

25   Proceedings recorded by mechanical stenography, transcript
     produced by computer-aided transcription.
</pre>

1    THE CLERK:  We are on this afternoon for a status

2  conference.  This is USA versus Aaron Davidson, docket number

3  15-CRIM-252.  Mr. Davidson is defendant number 11.

4    Can I ask the attorneys please to note their

5  appearance beginning with counsel for the government?

6    MR. NORRIS:  Your Honor, Evan Norris and Amanda

7  Hector, Darren LaVerne and Keith Edelman.  Good afternoon.

8    THE COURT:  Good afternoon.

9    MR. VARTAN:  Good afternoon, Your Honor.  Lee Vartan

10  from Holland & Knight on behalf of Mr. Davidson.

11    THE COURT:  Good afternoon.

12    MS. KRAMER:  Good afternoon, Your Honor.  Jenny

13  Kramer from Chadbourne & Parke also on behalf of Mr. Davidson.

14    THE COURT:  And Mr. Davidson is --

15    MR. VARTAN:  He's present.

16    THE CLERK:  Mr. Davidson, I am going to ask you to

17  please come up to the podium right next to your counsel.

18    He has been arraigned, has he not?

19    MR. NORRIS:  He has, Your Honor.

20    THE COURT:  Let me ask you a question I think I know

21  the answer to.  You have a public information officer?

22    MR. NORRIS:  Yes, Your Honor.

23    THE COURT:  Does everybody know who he or she is?

24    MR. NORRIS:  I hope so, but her name is Nellin

25  McIntosh.

1    THE COURT:  And a phone number?  Because we are

2  getting lots of calls in chambers and although I try to

3  accommodate the members of the press who are under great

4  pressure to write their stories, many of the questions that

5  are put to me we do not have the answers to and I just wanted

6  to make sure that they were aware of the fact that there was a

7  reliable source for information.

8    Okay.  Well, I have your letter of yesterday.  Does

9  counsel have any comment on it?

10    Mr. Norris purports to write on behalf of all

11  counsel.  Is this a fair characterization?

12    MR. VARTAN:  It is, Your Honor.

13    THE COURT:  And you have begun the process of

14  discovery?

15    MR. NORRIS:  Yes, we have, Your Honor.

16    THE COURT:  One of the questions we are getting, if

17  I may go off the reservation here for a second, is about

18  Mr. Webb.  Are we going to see him any time soon?

19    MR. NORRIS:  Your Honor, we are.  We don't have a

20  date yet.

21    THE COURT:  All right.  Is he in the States?

22    MR. NORRIS:  He is.

23    THE COURT:  He has counsel?

24    MR. NORRIS:  Yes.

25    THE COURT:  All right.  There is not much I can do

1   for you today except address this question of a speedy trial.

2   Are all the other defendants who have been arrested detained?

3           MR. NORRIS:  No, Your Honor.  The six defendants who

4   remain in Switzerland are all detained.

5           THE COURT:  Okay.  They are proceeding through

6   extradition?

7           MR. NORRIS:  Yes, Your Honor.

8           THE COURT:  Any idea as to how long that will take?

9           MR. NORRIS:  My understanding is it is completely up

10  to the individual defendant as to how long they litigate their

11  extradition, whether it's at the initial level only or that

12  they appeal in the event of an adverse decision.  Certainly, I

13  think if there's extensive litigation, it's safe to say that

14  may take several months, but as in the case of Mr. Webb, if

15  someone were to waive, then they could be here shortly.

16          THE COURT:  All right.  You have collectively

17  requested a 60 day date which I have no difficulty with.

18  Presumably by that time, we will have perhaps other

19  participants in the proceeding.  In the meantime, you can

20  proceed with your discovery.

21          The matter is quite obviously complex according to

22  the government's representation.  Discovery is voluminous.

23  Ongoing requests for information are broad and obviously

24  requiring time for mutual legal assistance requests and so

25  forth.  The nature of the charges, the nature of the number of

1  schemes that are charged in this 160-page indictment, it sort

2  of speaks for itself.  There are any number of reasons as you

3  outline in your letter including victim notification that are

4  going to require time.  My biggest concern, of course, is how

5  long we wait for others because at some point, if not this

6  gentleman, somebody is going to insist of their trial and we

7  are going to have to at some point accommodate them.  So it is

8  a little early to address that now.

9          Is there anything specifically that I can take up

10  from the defense side?

11          MR. VARTAN:  We have nothing at this point.

12          THE COURT:  Okay.  And this gentleman, bail has been

13  set, all of that has been done, the processing and so forth?

14          MR. NORRIS:  Yes, Your Honor.

15          THE COURT:  Okay.  The date I looked at was the 18th

16  of September, but I don't know if that works for you.  You

17  call the shots.

18          It does make the case complex for the reasons I

19  stated and as outlined further specifically in the

20  government's letter and joint request of July 16, 2015.

21          Does that work, Ellen?

22          THE CLERK:  Yes.  We can put it on for Friday,

23  September 18th, at 11:30.

24          THE COURT:  All right.  And I will assume in the

25  interim you will be underway with preparation and if between

1  now and then, I can be of service to either party, you will

2  not hesitate to contact Ms. Mulqueen and we will have you in

3  on a moment's notice.

4       MS. KRAMER:  We were just going to say, Your Honor,

5  if we may, we have to check but it if that date falls over the

6  Jewish holidays, we may ask that be moved slightly.

7       THE COURT:  Just call Ms. Mulqueen.

8       MS. KRAMER:  Thank you, Your Honor.

9       MR. NORRIS:  Your Honor, just one point on the

10  public information issue you raised.  If it would assist the

11  Court, one thing we can do is file a brief letter just making

12  clear the identity of our public information officer and make

13  clear that the press is certainly welcome to contact our

14  office as opposed to the Court for any questions.

15       THE COURT:  I appreciate that.  I do not mind

16  getting the calls but we cannot answer most of the questions.

17  Some are inappropriate to be put to chambers as you can

18  suspect, but we try to help out with dates and schedules and

19  so forth and we oftentimes just do not have that information.

20  So anything you can do to assist the press and the judge would

21  be most appreciated.

22       MR. NORRIS:  Will do.

23       THE COURT:  Thank you, folks.

24       MR. VARTAN:  Thank you, Your Honor.

25       (Matter concluded.)