# Holland & Knight

31 West 52nd Street | New York, NY 10019 | T 212.513.3200 | F 212.385.9010
Holland & Knight LLP | www.hklaw.com

Lee D. Vartan
(212) 513-3513
lee.vartan@hklaw.com

December 2, 2016

*Via ECF*

Honorable Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Webb et al.*, Crim. No. 15-252 (PKC) (`)

Dear Judge Chen:

We represent Mr. Aaron Davidson in the above-captioned action. Mr. Davidson is presently confined to his home with certain, limited exceptions. By this letter, Mr. Davidson seeks approval from the Court to temporarily amend his conditions to allow him to travel to visit family outside of Florida, but in the continental United States. The proposed dates of travel are December 22, 2016 through January 3, 2017. Both the United States Attorney's Office and Pretrial Services have been apprised of Mr. Davidson's anticipated travels plans, and neither has objection.

We ask the Court to approve Mr. Davidson's proposed travel. Upon the Court's approval, and in advance of his travel, Mr. Davidson will provide Pretrial Services with a full itinerary for its review, including his exact flights and the place at which he will be staying.

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/ Lee Vartan

Lee Vartan