UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA         :   Hon. Pamela K. Chen, U.S.D.J.
                                 :
                                 :
v.                               :   Crim No. 15 CR 0252 (PKC)(RML)
                                 :
                                 :
AARON DAVIDSON                   :   **ORDER MODIFYING CONDITIONS**
                                 :   **OF RELEASE**
                                 :
                                 :
                                 :
------------------------------------------------------------ x

      This matter having come before the Court on the joint application of Defendant Aaron Davidson (by his attorneys, Lee Vartan, Esq. and Jenny Kramer, Esq.), and Robert L. Capers, United States Attorney for the Eastern District of New York (by Paul Tuchmann, Assistant United States Attorney) for an order amending the conditions of the Defendant's release in the above-captioned matter; for good and sufficient cause shown,

      **WHEREFORE**, it is on this _____ day of March, 2017,

      **ORDERED** that the Defendant's conditions of release shall be amended as follows:

      1.    Defendant's curfew restriction shall be removed.

      2.    Defendant shall be permitted to travel unrestricted throughout Florida.

      3.    Defendant may travel outside of Florida only with the prior consent of

Pretrial Services.

_____
HONORABLE PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE