

**LEE D. VARTAN**
One Boland Drive
West Orange, NJ 07052
(973) 530.2107
Fax: (973) 530.2307
lvartan@csglaw.com

csglaw.com

September 17, 2020

**Via ECF**
Honorable Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Aaron Davidson,* 15-cr-252 (PKC)

Dear Judge Chen:

    We represent Mr. Aaron Davidson in the above-captioned action. Mr. Davidson is scheduled to be sentenced by Your Honor on October 14, 2020. With the consent of the government, we ask that Mr. Davidson's sentencing date be adjourned through at least April 2021.

    Respectfully submitted,

    */s/ Lee Vartan*

    Lee Vartan