

**LEE D. VARTAN**
One Boland Drive
West Orange, NJ 07052
(973) 530.2107
Fax: (973) 530.2307
lvartan@csglaw.com

**csglaw.com**

March 22, 2021

<u>**Via ECF**</u>
Honorable Pamela K. Chen, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     **Re:**   *United States v. Aaron Davidson,* 15-cr-252 (PKC)

Dear Judge Chen:

     We represent Mr. Aaron Davidson in the above-captioned action.  Mr. Davidson is scheduled to be sentenced by Your Honor on April 13, 2021.  With the consent of the government, we ask that Mr. Davidson's sentencing date be adjourned through at least October 2021.

                  Respectfully submitted,

                  */s/ Lee Vartan*

                  Lee Vartan